UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS AMEIKA, *et al.*,　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　:

　　Plaintiffs　　　　　　　　　　　CIVIL ACTION NO. 3:12-1460

　　　　　　　　　　　　　　　　　　　　:

　　v.

　　　　　　　　　　　　　　　　　　　　:　　　(JUDGE MANNION)

KEITH MOSS *et al.*,

　　　　　　　　　　　　　　　　　　　　:

　　Defendants　　　　　　　　　　　　:

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Defendants' motion for judgment on the pleadings, (Doc. No. 18), is **GRANTED**;

**(2)** Counts One and Two of the plaintiffs' complaint, (Doc. No. 1), are **DISMISSED** with prejudice;

**(3)** The Court declines to exercise supplemental jurisdiction over the state law claims in Counts Three and Four, which are **DISMISSED** without prejudice to re-filing in state court.

**(4)** The Clerk is directed to close the case.

　　　　　　　　　　　　　　　　s/ *Malachy E. Mannion*
　　　　　　　　　　　　　　　　**MALACHY E. MANNION**
　　　　　　　　　　　　　　　　**United States District Judge**

**Date: November 1, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-1460-01-order.wpd