# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS AMEIKA *et al.*,** | : |
| | : |
| **Plaintiffs** | **CIVIL ACTION NO. 3:12-1460** |
| | : |
| **v.** | |
| | :       **(JUDGE MANNION)** |
| **KEITH MOSS *et al.*,** | |
| | : |
| **Defendants** | : |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** plaintiffs' motion to alter or amend judgment, (Doc. No. 35). is **DENIED.**

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 22, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-1460-02-ORDER.wpd